IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, | ) |
| | ) Case No.: 14-cv-2163 |
| Plaintiff, | ) |
| | ) Judge Harry D. Leinenweber |
| v. | ) |
| | ) |
| DOES 1-45, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANT NO. 12**

Plaintiff, Dallas Buyers Club, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address 24.14.164.243 (Doe No. 12). Each party shall bear its own attorney's fees and costs. Plaintiff is not dismissing any other Doe Defendants at this time.

The respective Doe Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: June 12, 2014         DALLAS BUYERS CLUB, LLC

By:   s/Michael A. Hierl
      Michael A. Hierl (Bar No. 3128021)
      Todd S. Parkhurst (Bar No. 2145456)
      Hughes Socol Piers Resnick & Dym, Ltd.
      Three First National Plaza
      70 W. Madison Street, Suite 4000
      Chicago, Illinois 60602
      (312) 580-0100 Telephone
      (312) 580-1994 Facsimile
      mhierl@hsplegal.com

      Attorneys for Plaintiff
      Dallas Buyers Club, LLC

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Doe Defendant No. 12 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 12, 2014.

                                                                  s/Michael A. Hierl