**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| See Attached List | ) ) ) ) ) ) ) | Case No: See Attached List<br><br>Judge Manish S. Shah |

**ORDER**

This case has been reassigned to form the initial calendar of the Honorable Manish S. Shah. All previously set status dates and motion hearing dates are hereby stricken. The Court will set a date for a reassignment status conference by separate order. The parties are directed not to notice any motions for presentment prior to the reassignment status conference without first contacting the courtroom deputy. All other hearing dates, deadlines and schedules in place as of the date of this Order remain in effect. All existing referrals to the assigned magistrate judge remain in place.

Counsel for the parties shall confer and then prepare and file a joint Reassignment Status Report, not to exceed five pages, within 14 days of the entry of this Order. If defendant's counsel has not yet filed an appearance, the Reassignment Status Report should be prepared by plaintiff's counsel. A template for the Reassignment Status Report, setting forth the information required, may be found at http://www.ilnd.uscourts.gov/home/JudgeInfo.aspx by clicking on Judge Shah's name and then again on the link entitled 'Cases Reassigned to Judge Shah.'

Date: 7/1/14        /s/ _____
                    Manish S. Shah
                    UNITED STATES DISTRICT JUDGE

**List of Cases Requiring
Reassignment Status Report
for
JUDGE MANISH S. SHAH**

**Laborers' Pension Fund et al v. Brandonisio Construction Corporation et al – 11 C 1331
Wilder v. Wexford Health Sources, Inc. et al – 11 C 4109
Ammons v. Cook County et al – 11 C 5010
Wilson v. Baptiste et al – 13 C 7845
Kilburg v. Enea Software and Services, Inc – 13 C 8065
Moore v. Mollison et al – 13 C 8072
Freiburger et al v. Timmerman et al – 13 C 8174
Baker Dental Corporation v. Dental Arts Studio, et al. – 13 C 8181
United States of America v. Wren – 13 C 8284
Rivera v. Wal-Mart Stores, Inc. – 13 C 8382
L.W. et al v. Illinois Department of Child and Family Services et al – 13 C 8463
Mitsui Sumitomo Insurance Group a/s/o SMI Crankshaft, Inc. v. Navistar International Crop et al – 13 C 8674
Victoria's Secret Stores Brand Management, Inc. v. R&R Goldman & Associates, Inc. d/b/a Discovery Clothing Co. – 13 C 8718
Rodriguez v. Ross Landscaping, Co., d/b/a Western DuPage Landscaping, Inc. – 13 C 8766
Zielinski v. Wal-Mart Stores, Inc. – 13 C 8879
Motor Werks Partners, LP v. General Motors LLC – 14-0119
Nowalski v. Sears Roebuck and Co. et al – 14 C 0254
Arteaga et al v. Castaneda et al – 14 C 0255
McCaster v. United States of America – 14 C 0312
Grant v. Preckwrinkle et al – 14 C 0317
Grant v. Chicago Police Department et al – 14 C 0357
English et al v. Rich Twp High School Dist 227 – 14 C 0466
Alvirde et al v. Fresh Farms International Market, Inc. et al – 14 C 0715
FRASER et al v. ESPINOZA et al – 14 C 1046
Campos v. Perez et al. – 14 C 1102
Animal Medical Center of Orland Park, Inc. v. JP Morgan Chase & Co. et al – 14 C 1251
Cook v. Dart et al – 14 C 1285
Spruce v. Midland Funding, LLC et al – 14 C 1316
Countryman Nevada, LLC v. Does 1-19 – 14 C 1388
Taylor v. Dolton et al – 14 C 1402
Krcadinac v. DSW Inc. et al – 14 C 1414
Cohan v. Medline Industries, Inc. - 14 C 1835
Washington v. U.S Postal Service - 14 C 1890
Dallas Buyers Club, LLC v. Does 1-45 – 14 C 2163
Prime Builders & Development, Inc. et al v. Allstate Corporation – 14 C 2182
Morales v. Goodwill Industries of Southeastern Wisconsin, Inc. – 14 C 2370
Conway v. Midwest Air Traffic Control Service, Inc. et al – 14 C 2727
Starks v. Mages & Price – 14 C 2762**

**Faith Construction 4, Inc et al v. All-Bry Construction Company et al – 14 C 2886**
**Bankers Life And Casualty Company v. Miller et al – 14 C 3165**
**Youssef v. Pietropaoli et al – 14 C 3189**
**Midwest Operating Engineers Welfare Fund et al v. Carters Excavating & Grading Company et al – 14 C 3216**
**BDP International v. United Cargo – 14 C 3231**
**McClennon v. City Of Chicago et al – 14 C 3233**
**Johnson et al v. Depuy Orthopedics, Inc. et al. – 14 C 3261**
**Piencak v. Midland Credit Management, Inc. et al – 14 C 3299**
**Signature Financial LLC v. ICT Logistics, Inc. et al – 14 C 3634**
**Yoffrien v. Activity Collection Services, Inc. – 14 C 3693**
**Trustees of the Chicago Regional Council of Carpenters Pension Fund et al v. Bickerdike Redevelopment Corporation et al – 14 C 3695**