# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC

                            Plaintiff,

v.                                                  Case No.: 1:14–cv–02163
                                                 Honorable Manish S. Shah

Does 1–45, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 22, 2014:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held and continued to 11/21/14 at 9:30 a.m. Plaintiff's counsel reports that Plaintiff has reached settlement agreements with and/or dismissed 13, soon to be 14, of the defendants. Plaintiff's counsel advises the court that Plaintiff continues to work toward settling with the other defendants. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.