IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, | ) |
| | ) Case No.: 14-cv-2163 |
| Plaintiff, | ) |
| | ) Judge Manish S. Shah |
| v. | ) |
| | ) |
| DOES 1-45, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**OF ALL REMAINING DOE DEFENDANTS**

Plaintiff, Dallas Buyers Club, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against all of the Doe Defendants remaining in this action. Each party shall bear its own attorney's fees and costs.

The respective Doe Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

Respectfully submitted,

Dated: November 18, 2014　　　　DALLAS BUYERS CLUB, LLC

By:　s/Michael A. Hierl
　　　Michael A. Hierl (Bar No. 3128021)
　　　Todd S. Parkhurst (Bar No. 2145456)
　　　Hughes Socol Piers Resnick & Dym, Ltd.
　　　Three First National Plaza
　　　70 W. Madison Street, Suite 4000
　　　Chicago, Illinois 60602
　　　(312) 580-0100 Telephone
　　　(312) 580-1994 Facsimile
　　　mhierl@hsplegal.com

　　　Attorneys for Plaintiff
　　　Dallas Buyers Cub, LLC

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of All Remaining Doe Defendants was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 18, 2014.

                                                    s/Michael A. Hierl