**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Dallas Buyers Club, LLC
                                  Plaintiff,

v.                                                             Case No.: 1:14–cv–02163
                                                                Honorable Manish S. Shah

Does 1–45, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 19, 2014:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to Plaintiff's Notice of Voluntary Dismissal [30] this case is dismissed without prejudice and with each party to bear its own costs and attorney's fees. Status hearing previously set for 11/21/14 at 9:30 a.m. is hereby stricken and no appearance is necessary. Terminate civil case. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.